JOURNAL ENTRY
The journal entry and opinion of this court released on May 13, 1999 is hereby amended nunc pro tunc as follows: The word "affects" is substituted for the word "effects" in the Majority Opinion on page 6 and in the Dissenting Opinion on page 4. Additionally, the word "[sic]" is removed from page 6 of the Majority Opinion.
It is hereby ordered that said journal entry and opinion of May 13, 1999 be amended nunc pro tunc to make the substitutions and deletion as stated above.
It is further ordered that, as so amended, said journal entry and opinion of May 13, 1999 shall stand in full force and effect in all its particulars.
The corrected entry is attached.
 _________________________________ DIANE KARPINSKI, PRESIDING JUDGE
 _________________________________ ANNE L. KILBANE, JUDGE
 _________________________________ MICHAEL J. CORRIGAN, JUDGE